**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SEHRA WAHEED,

                Plaintiff,

-against-                           25 **CIVIL** 6504 (LLS)

                                    **JUDGMENT**

MLMIC INSURANCE COMPANY; SONIA KIM;
MICHAEL TERRANI; GARDEN OBGYN OF
EAST 67TH STREET; BETHPAGE MEDICAL,
PLLC, d/b/a GARDEN OBGYN,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 20, 2025, Plaintiffs' complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court has denied Plaintiff's motion for a temporary restraining order (ECF 33). The Court has declined to exercise supplemental jurisdiction of Plaintiff's state law claims.

**Dated:**  New York, New York

       October 22, 2025

                                                          **TAMMI M. HELLWIG**

                                                           **Clerk of Court**

                        **BY:**              K. Mango

                                                           **Deputy Clerk**