UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                    Plaintiff,

          -against-

MLMIC INSURANCE COMPANY, et al.,

                    Defendants.

25-CV-6504 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

By order dated October 20, 2025, the Court dismissed this action for failure to state a claim, and on October 22, 2025, the Clerk of Court entered a civil judgment in this action. (*See* ECF 36-37.) On October 24, 2025, Plaintiff filed a "response to the order of dismissal" (ECF 38), which the Court understands to be a request that the action be reconsidered under Fed. R. Civ. P. 59(e), Local Civil Rule 6.3, and/or Fed. R. Civ. P. 60(b). On November 13, 2025, Plaintiff filed a notice of appeal, and on the same day, the Clerk's Office transmitted this action to the United States Court of Appeals for the Second Circuit.

The Court is now in receipt of Plaintiff's request to withdraw her "motion" (ECF 41), the submission docketed at ECF 38, titled "response to the order of dismissal." Plaintiff asks to withdraw this motion, without prejudice, "to permit appeal to proceed." (ECF 41.) The Court grants Plaintiff's request to withdraw her motion at ECF 38, without prejudice to renewal at a later date.

SO ORDERED.

Dated:    December 29, 2025
          New York, New York

_____
          Louis L. Stanton
          U.S.D.J.